# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **SAMUEL CARELA-INOA,** <br><br> Defendant. | **CRIMINAL NO. 16-320 (PAD)** |

## ORDER

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Bruce J. McGiverin regarding the Rule 11 proceeding of defendant, Samuel Carela-Inoa (Docket No. 20), to which no objections have been filed. The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty. The plea is therefore accepted and the defendant is adjudged guilty as to Count One of the Information.

The court notes that a Presentence Investigation Report was ordered (Docket No. 21) and filed (Docket No. 22). The Sentencing Hearing is set for July 27, 2016 at 9:30 a.m. The parties shall file their sentencing memoranda not later than July 20, 2016.

**SO ORDERED.**

In San Juan, Puerto Rico, this 13th day of July, 2016.

S/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNANDEZ
United States District Judge